**FILED**

04/19/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0108



IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Case No. DA-23-0108

ANTHONY REED,

     Petitioner/Appellant,

and

CATHERINE MARTIN,

     Respondent/Appellee.

## ORDER

UPON MOTION of the Appellant, with no objection from the Appellee, and with good cause appearing;

IT IS HEREBY ORDERED that the deadline for the filing of Appellant's Opening Brief is extended, with the new deadline for filing being May 21, 2023.

*Order for Extension of Time - page 1 of 1*

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 19 2023